JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendant*
K-Kel, Inc. d/b/a Spearmint Rhino Gentlemen's Club

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINA POSADA and LUCY PINDER,<br><br>Plaintiffs,<br><br>vs.<br><br>K-KEL, INC. d/b/a SPEARMINT RHINO GENTLEMEN'S CLUB,<br><br>Defendant. | Case No. 2:19-cv-01060-RFB-NJK<br><br>**STIPULATION TO CONTINUE DEADLINE FOR RULE 26(F) CONFERENCE AND FILING OF PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

Plaintiffs, Lina Posada and Lucy Pinder, by and through their counsel, the law firm of Alverson Taylor & Sanders; and Defendant, K-Kel Inc., by and through its counsel, the law firm of Bailey❖Kennedy, stipulate, pursuant to an agreement previously reached between the parties, to continue the deadline for conducting the Fed. R. Civ. P. 26(f) conference and preparing and filing a Proposed Discovery Plan and Scheduling Order. Plaintiffs' counsel is, and has been, awaiting a preliminary damages analysis from his expert, which is intended to assist the parties in analyzing their respective claims and defenses and discussing the possibility of early resolution. The analysis is taking longer than anticipated to receive; however, it should be available within the next seven (7) days. Accordingly, good cause exists to extend the deadline, until October 15, 2019, for the parties to meet and confer pursuant to Rule 26(f) and develop a Joint Discovery Plan and Scheduling Order.

This Stipulation is entered into in good faith and not for purposes of delay.

DATED this 27th day of September, 2019.   DATED this 27th day of September, 2019.

ALVERSON TAYLOR & SANDERS   BAILEY❖KENNEDY

By: */s/ David M. Sexton*   By: */s/ Joshua P. Gilmore*
    KURT R. BONDS       JOHN R. BAILEY
    DAVID M. SEXTON       JOSHUA P. GILMORE

*Attorneys for Plaintiffs*,   *Attorneys for Defendant*
Lina Posada & Lucy Pinder   K-Kel, Inc. d/b/a Spearmint Rhino Gentlemen's Club

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2019