JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA P. GILMORE
Nevada Bar No. 11576
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendant*
K-Kel, Inc. d/b/a Spearmint Rhino Gentlemen's Club

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINA POSADA and LUCY PINDER,<br><br>Plaintiffs,<br><br>vs.<br><br>K-KEL, INC. d/b/a SPEARMINT RHINO GENTLEMEN'S CLUB,<br><br>Defendant. | Case No. 2:19-cv-01060-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(FIRST REQUEST)** |

Plaintiffs LINA POSADA and LUCY PINDER and Defendant K-KEL, INC. d/b/a SPEARMINT RHINO GENTLEMEN'S CLUB, by and through their respective attorneys of record, stipulate and agree that all discovery deadlines be extended sixty (60) days beyond the dates set forth in the October 16, 2019 Scheduling Order [ECF No. 10].

Good cause exists to extend discovery deadlines so that the parties may continue diligently engaging in discovery necessary to determine all material facts related to this matter while simultaneously pursuing settlement discussions in an attempt to resolve this matter.

Pursuant to Fed. R. Civ. P. 16(b) and LR 26-4, the parties state the following:

**A.  THE PARTIES HAVE COMPLETED THE FOLLOWING DISCOVERY:**

1. Plaintiffs' Initial Disclosures;

2. Defendant's Initial Disclosures and First Supplement;

3. Plaintiffs' First Set of Interrogatories to Defendant;

4. Plaintiffs' First Set of Requests for Production of Documents to Defendant;

5. Plaintiffs' Second Set of Interrogatories to Defendant; and

6. Plaintiff's Second Set of Requests for Production of Documents to Defendant.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Additional disclosures made by the parties as discovery continues;

2. Additional written discovery requests served by Plaintiffs and Defendant;

3. Subpoenas duces tecum to third parties;

4. Depositions of the parties;

5. Depositions of other pertinent witnesses;

6. Expert Disclosures; and

7. Expert Depositions.

**C. REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED:**

The parties are in the midst of discovery, with expert disclosures currently due on February 7, 2020. Plaintiffs have completed a fair amount of written discovery so far in this matter. In addition, and to help facilitate settlement discussions, Plaintiffs have disclosed a preliminary expert report addressing the claimed value of their images (one of each Plaintiff) that appeared on K-Kel's social media platforms (which remains subject to change before formal expert disclosures are due).

The parties are, and have been for several weeks, trying to schedule a date and time for an in-person meeting to try to resolve this matter. Because each Plaintiff resides outside the State of Nevada, and due to the holidays last month, it is taking longer than anticipated to arrange a mutually convenient date and time for the meeting. Defendant intends to serve written discovery requests for purposes of obtaining information necessary for an initial expert report. For efficiency's sake, Defendant awaited doing so pending the outcome of settlement negotiations. If a meeting does not occur within the next two to three weeks, Defendant will move ahead with serving written discovery requests. An additional 60 days of discovery will allow adequate time to conduct such discovery

prior to initial expert disclosures. The schedule proposed below will still result in discovery closing less than one year after Plaintiffs filed their initial Complaint in this matter.

**D. PROPOSED SCHEDULE FOR COMPLETING THE REMAINING DISCOVERY:**

The parties propose the following discovery deadlines:

| | |
|---|---|
| Last Day to Complete Discovery: | June 8, 2020[1] |
| Motions to Amend Pleadings/Add Parties: | ~~March 10, 2020~~ |
| Deadline for Initial Expert Disclosures: | April 9, 2020 |
| Deadline for Rebuttal Expert Disclosures: | May 11, 2020[2] |
| Deadline to File Dispositive Motions: | July 8, 2020 |

**DENIED**, previously expired and no showing of excusable neglect. *See* Local Rule 26-4.

Trial has not yet been scheduled in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 16th day of January, 2020.                    DATED this 16th day of January, 2020.

ALVERSON TAYLOR & SANDERS                                 BAILEY✦KENNEDY

By:  /s/ David M. Sexton                                  By:  /s/ Joshua P. Gilmore
     KURT R. BONDS (Nv. Bar No. 6228)                          JOHN R. BAILEY
     DAVID M. SEXTON (Nv. Bar No. 14951)                       JOSHUA P. GILMORE
     6605 GRAND MONTECITO PKWY, STE. 200                       REBECCA L. CROOKER
     LAS VEGAS, NV 89149

*Attorneys for Plaintiffs*                                *Attorneys for Defendant*
Lina Posada and Lucy Pinder                               K-Kel, Inc. d/b/a Spearmint Rhino
                                                          Gentlemen's Club

**IT IS SO ORDERED.**

Although the stipulation is being granted in part, good cause does not exist to further delay propounding discovery. The referenced written discovery must be propounded at this time without waiting for a future settlement discussion.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2020

---

[1] 60 days from April 7, 2020 is Saturday, June 6, 2020. Monday, June 8, 2020 is the next judicial day.

[2] 30 days from April 9, 2020 is Saturday, May 9, 2020. Monday, May 11, 2020 is the next judicial day.