**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINA POSADA, et al., | Case No.: 2:19-cv-01060-RFB-NJK |
| Plaintiff(s), | |
| | **ORDER** |
| v. | (Docket No. 15) |
| K-KEL, INC., | |
| Defendant(s). | |

Pending before the Court is the parties' joint motion to stay discovery. Docket No. 15 at 1. The parties seek a 90-day stay "due to the severe nature of the Coronavirus and the related restrictions being imposed and the impact that those restrictions have on the Parties' ability to pursue meaningful discovery at this time." *Id.* at 8. The Court **GRANTS** the parties' joint motion. Docket No. 15.

Accordingly, discovery in this case is stayed until June 18, 2020. The parties shall submit a renewed joint proposed discovery plan no later than June 25, 2020.

IT IS SO ORDERED.

Dated: March 23, 2020

_____
Nancy J. Koppe
United States Magistrate Judge